**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
SHANA GRAY, Individually and on                  :
behalf of all others similarly situated,         :         Case No:  1:18-cv-7440 (KPF)
                                                 :
                        Plaintiffs,              :
                                                 :
        v.                                       :
                                                 :
THE CJS SOLUTIONS GROUP, LLC.,                   :
d/b/a THE HCI GROUP,                             :
                                                 :
                        Defendant.               :
-------------------------------------------------------X

### DECLARATION OF MICHAEL PALITZ, ESQ. IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

1.      I am an attorney admitted to practice law in this Court and am a Partner of the Shavitz Law Group, P.A. ("SLG").  SLG is a seven attorney firm based in Boca Raton, Florida with an office in New York, New York that focuses on representing workers as plaintiffs in employment-related matters, including claims based upon individual and class-wide violations of state and federal wage and hour laws.

2.      I submit this declaration in support of this settlement and Plaintiff's Motion.  I have personal knowledge of the matters set forth herein and would so testify if called as a witness.

**LITIGATION HISTORY AND WORK PERFORMED BY SLG**

3.      SLG assisted Stephan Zouras LLP as co-counsel in litigating this matter.  Tasks that SLG performed include, among other things, drafting and revising the complaint, coordinating with the Stephan Zouras firm about litigation and settlement strategy, preparing for and addressing issues at the initial conference, assisting with mediation preparation and settlement negotiations, and drafting and revising settlement approval motion papers.

1

4.      If the Court approves this settlement, SLG will perform additional tasks to complete the settlement administration process including working with the settlement administrator regarding payment and tax matters and communicating with the settlement class members about the settlement, the timing of payment, how their settlement shares were calculated, the scope of the release, and other matters.  In my experience handling settlements of this size, I anticipate that SLG will spend approximately 15 to 25 more hours working on this litigation and attending to the final details of the settlement administration.

**FIRM AND ATTORNEY BACKGROUND**

5.      For the past 20 years, SLG has focused on representing workers in wage and hour matters.  My background and those of other SLG employees who worked on this matter are detailed below.

**Michael Palitz, Esq.**

6.      I am a Partner in SLG's New York City office and have been with the firm since 2015.  After receiving my Juris Doctor degree, *cum laude,* from Pace Law School in 2010 where I also served as the Editor-in-Chief of the Pace International Law Review, I was admitted to the New Jersey and New York Bars in June 2010 and September 2010, respectively.  I also am admitted to the U.S. District Courts for the District of New Jersey, the Eastern District of New York, the Southern District of New York, the Northern District of New York, the District of Colorado, and the Western District of New York.  Since graduating from law school, I have focused my practice exclusively on workers' rights and litigating complex wage and hour class and collective actions throughout the country, including trying a Fair Labor Standards Act collective action arbitration to a verdict for employees.  Over the last nine years, I have worked

on cases which have resulted in recoveries of hundreds of millions of dollars for workers. I graduated from the College of the Holy Cross in 2005 with a B.A. in Economics and History.

**Gregg Shavitz, Esq.**

7.    Gregg Shavitz is a graduate of the University of Miami School of Law with an undergraduate degree from Tufts University.

8.    Mr. Shavitz is an experienced litigator and member of the bar of the U.S. District Court for the Southern District of Florida and the Florida Bar since 1994, and is also admitted to U.S. District Courts for the Middle and Northern Districts of Florida, the District of Colorado, the United States Eleventh Circuit Court of Appeals, and United States Third Circuit Court of Appeals.

9.    Mr. Shavitz has lectured in the past at seminars sponsored by the Labor and Employment Section of the Florida Bar, and has spoken at the Labor and Employment Section Certification Review Seminar as well as the Academy of Florida Trial Lawyers Workhorse Seminars. Mr. Shavitz has also been awarded Florida Trend Magazine's Legal Elite for various years including 2014 in the area of Labor & Employment law; South Florida Legal Guide – Top Lawyer – Wage and Hour law – 2009-2018; Top Lawyer Up and Comer – Wage and Hour law – 2004, 2006, and 2009; and South Florida Legal Guide – Top Lawyers List – 2009-2018; among other awards and honors. Mr. Shavitz has also earned the distinction of Top Lawyer in Palm Beach Illustrated (2011) and is a lifelong fellow of the Florida Bar Foundation.

10.   Mr. Shavitz has held the highest AV Peer Review Rating from LexisNexis Martindale-Hubbell for preeminent attorneys from 2000 to the present.

11.   Rita Claude has been a legal assistant at SLG since October 2010 and has worked in the class and collective action practice group. Ms. Claude provides litigation support

including case investigations, client intakes, and handling discovery matters and document productions.

12.     SLG has significant experience prosecuting wage and hour class and collective actions such as this one.  In recent years, the firm has served or been appointed as class counsel or co-class counsel in the following cases, among others:

*Aboud v. Charles Schwab & Co.*, No. 14 Civ. 2712 (S.D.N.Y.);

*Amador v. Morgan Stanley & Co, LLC,* No. 11 Civ. 4326 (S.D.N.Y.);

*Ayala v. GEICO*, No. 18 Civ. 03583 (S.D.N.Y.);

*Beckman v. KeyBank, N.A.*, No. 12 Civ. 7836 (S.D.N.Y.);

*Blum, et al. v. Merrill Lynch & Co., Inc.*, No. 15 Civ. 1636 (S.D.N.Y.);

*Calabresi  v. TD Bank, N.A.,* No. 13 Civ. 0637 (E.D.N.Y.);

*Capalupi v. People's United Financial, Inc.*, No. 15 Civ. 5247 (E.D.N.Y.);

*Clem v. KeyBank, N.A.*, No. 13 Civ. 789 (S.D.N.Y.);

*Heitzenrater v. OfficeMax, Inc.*, No. 12 Civ. 900S (W.D.N.Y.);

*Hernandez v. Merrill Lynch & Co., Inc.*, No. 11 Civ. 8472 (S.D.N.Y.);

*Hirst, et al. v. M&T Bank, et al.*, No. 511428/2015 (N.Y. Sup. Ct.);

*Kulauzovic v. Citibank, N.A.*, No. 507538/2018 (N.Y. Sup. Ct.);

*Palacio v. E*TRADE Fin. Corp.*, No. 10 Civ. 4030 (S.D.N.Y);

*Puglisi v. TD Bank, N.A.,* No. 13 Civ. 637 (E.D.N.Y.);

*Reiburn v. Merrill Lynch & Co., Inc.*, No. 15 Civ. 2960 (S.D.N.Y.);

*Robbins v. Abercrombie & Fitch Co.*, No. 15 Civ. 6187 (W.D.N.Y.);

*Taylor v. J.P. Morgan Chase Bank, N.A.*, No. 15 Civ. 3023 (S.D.N.Y.);

*Yuzary v. HSBC Bank USA, N.A.*, No. 12 Civ. 3693 (S.D.N.Y.);

*Zeltser v. Merrill Lynch & Co*., No. 13 Civ. 1531 (S.D.N.Y.);

*Besic v. Byline Bank, Inc., et al.*, No. 15 C 8003 (N.D. Ill.);

*Biscoe-Grey v. Sears Holding Corp.*, No. 09-81408-Civ-Marra / Johnson (S.D. Fla.);

*Briggs v. PNC Fin. Servs. Gr*., No. 15 Civ. 10447 (N.D. Ill.);

*Bucceri v. Cumberland Farms, Inc.*, No. 15 Civ. 13955 (D. Mass.);

*Ciomcia v. Beall's Inc.*, Case No. 2:17-cv-14444 (S.D. Fla.);

*Cerrone v. KB Home Florida, LLC et al.*, No. 07-14402-Civ (S.D. Fla.);

*Danley v. Office Depot, Inc., et al.*, No. 9:14-cv-81469 (S.D. Fla.);

*DeVries v. Morgan Stanley & Co. LLC*, No. 12-CV-81223 (S.D. Fla.);

*Fiore v. Goodyear Tire & Rubber Co.*, No. 2:09-CV-843-FtM-29SPC (M.D. Fla.);

*Hosier v. Mattress Firm, Inc*., No. 10 Civ. 294 (M.D. Fla.);

*Kampfer v. Fifth Third Bank*, No. 14-cv-02849 (N.D. Ohio);

*Koszyk v. Country Fin*., No. 16 Civ. 3571 (N.D. Ill.);

*Magee v. Francesca's Holdings Corp.*, No. 1:17-cv-00565 (D.N.J.);

*McCue v. MB Fin., Inc*., No. 15 Civ. 988 (N.D. Ill.);

*Nash v. CVS Caremark Corp.*, No. 09 Civ. 79 (D.R.I.);

*Prena v. BMO Financial Corp.*, *et al*., No. 1:14-cv-09175 (N.D. Ill.);

*Przytula v. Bed Bath & Beyond, Inc*., No. 17 Civ. 5124 (N.D. Ill.);

*Raley v. Kohl's Corporation, et al.*, No. 8:09-cv-2340 (M.D. Fla.);

*Roberts v. TJX Cos*., No. 13 Civ. 13142 (D. Mass.);

*Romero v. Florida Power & Light Company*, No. 6:09-cv-1401-Orl-35 (M.D. Fla.);

*Saliford v. Regions Financial Corp. et al.*, No. 10-610310-CIV (S.D. Fla.);

*Simpkins v. Pulte Home Corp.*, No. 6:08-cv-00130 (M.D. Fla.);

*Snodgrass v. Bob Evans Farms, Inc.*, No. 12-cv-768 (S.D. Ohio);

*Stallard v. Fifth Third Bank, et al*, No. 2:12-cv-01092 (W.D. Pa.);

*Zolkos v. Scriptfleet, Inc.*, No. 12 Civ. 8230 (N.D. Ill.);

*Waggoner v. U.S. Bancorp,* No. 14-cv-1626 (N.D. Ohio);

*Watson v. BMO Financial Corp.,* No. 15-cv-11881 (E.D. Ill.);

*Wright v. Flagstar Bank FSB,* No. 13 Civ. 15069 (E.D. Mich.).

## REQUESTED ATTORNEY'S FEE AND SLG's TIME AND EXPENSES SPENT ON THIS LITIGATION

13.     Plaintiff's Counsel is requesting one-third of the settlement fund for attorneys' fees.  In our experience, law firms that represent plaintiffs in employment matters like this matter typically charge their clients legal fees of at least one-third of their gross recoveries when they represent them on a contingency fee basis, as Plaintiff's Counsel did here.

14.     As detailed in the prior section, SLG has significant experience prosecuting large-scale wage and hour class and collective actions such as this one.  *Supra* at ¶¶ 6-12.  SLG's experience played a role in efficiently securing the excellent result in this case and weighs in favor of granting the requested fees.

15.     As of April 1, 2019, SLG has spent 19.80 hours litigating the claims and its total lodestar is $8,050.00.   The chart below contains a breakdown of hours worked by each timekeeper including their hourly rates:

| Name | Rate | Hours | Total |
|---|---|---|---|
| Gregg I. Shavitz, Esq. Partner | $700.00 | 2.4 | $1,680 |

| Michael J. Palitz, Esq. Partner | $550.00 | 9.4 | $5,170 |
|---|---|---|---|
| Rita Claude Legal Assistant | $150.00 | 8.0 | $1,200 |

16.     Attached as Exhibit A are the time entries detailing SLG's work on this litigation. All this time was spent in the exercise of reasonable judgment by the lawyers and staff involved. The prosecution of this action proceeded in an efficient manner.  Where necessary and cost effective, legal assistants were used.

17.     The requested attorneys' fees are not based solely on the time and effort already expended; they are also meant to compensate SLG for time that SLG will be required to spend administering the settlement in the future.  SLG expects to respond to class member inquiries after approval, especially after checks are issued and even extending until the 2020 tax season when class members will call seeking information about their tax forms and the taxability of the settlement payments.

18.     SLG is also seeking reimbursement of its out-of-pocket expenses.  To date, SLG spent $400 on filing fees.  SLG paid these costs out-of-pocket and has not been reimbursed for any costs to date.  If this litigation was not successful and no settlement was obtained, SLG would have not have been able to recover any of the costs it expended.

19.     The work performed by Stephan Zouras and SLG in attaining this settlement should also be evaluated in light of the quality of opposing counsel.  Defendant is represented by Seyfarth Shaw LLP – a global law firm with more than 850 lawyers.  Seyfarth Shaw's employment defense practice group is consistently ranked as one of the best in America.

Notwithstanding the high quality defense counsel representing Defendant, a substantial settlement was achieved.

**<u>EXHIBIT</u>**

20.    Attached as Exhibit A hereto is SLG's time entries detailing the work performed on this matter.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.



Dated: April 1, 2019          _____
       New York, New York                    Michael J. Palitz

# EXHIBIT A

## *Shavitz Law Group, PA*

951 Yamato Road
Suite 285
Boca Raton, FL 33431

Ph:561-447-8888                    Fax:561-447-8831

HCI Group Salary Exempt                                                April 1, 2019

|  |  |
|---|---|
| File #: | 11385 |
| **Attention:** | Inv  #: | Sample |

**RE:**    HCI Group Salary Exempt

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-16-18 | review and provide comments to complaint | 0.70 | 490.00 | GS |
| | review and revise class and collective action complaint allegations and causes of action | 1.90 | 1,045.00 | mp |
| | team call to discuss edits to class and collective action complaint | 0.20 | 110.00 | mp |
| | prepare civil cover sheet | 0.20 | 110.00 | mp |
| | prepare summons | 0.10 | 55.00 | mp |
| Aug-17-18 | team emails re district judge's FLSA decisions | 0.20 | 140.00 | GS |
| | researching FLSA decisions of Judge Failla to report to team regarding same | 0.80 | 440.00 | mp |
| | team emails re new judge assignments and judges' decisions in FLSA cases | 0.20 | 110.00 | mp |
| Aug-21-18 | emails with team re serving complaint | 0.20 | 110.00 | mp |
| Aug-30-18 | reviewing history of prior litigation and settlement of related claims | 0.80 | 560.00 | GS |
| | review initial conference order | 0.20 | 110.00 | mp |

|  |  |  |  |  |
|---|---|---|---|---|
|  | confer iwth team re initial conference order and service of complaint | 0.20 | 110.00 | mp |
| Sep-04-18 | initial receipt and docketing of Initial Conference and calendared | 0.20 | 30.00 | RC |
| Sep-20-18 | Initial receipt and docketing of Document Number:12 | 0.10 | 15.00 | RC |

Docket Text:
ORDER FOR ADMISSION PRO HAC VICE granting [9] Motion for Catherine T. Mitchell to Appear Pro Hac Vice. (As further set forth in this Order.) (Signed by Judge Katherine Polk Failla on 9/19/2018) (cf)

| | Initial receipt and docketing of Document Number:13 | 0.10 | 15.00 | RC |
|---|---|---|---|---|

Docket Text:
ORDER FOR ADMISSION PRO HACVICE granting [7] Motion for James B. Zouras to Appear Pro Hac Vice. (As further set forth in this Order.) (Signed by Judge Katherine Polk Failla on 9/19/2018) (cf)

| | Initial receipt and docketing of Document Number:14 | 0.10 | 15.00 | RC |
|---|---|---|---|---|

Docket Text:
ORDER FOR ADMISSION PRO HAC VICE granting [8] Motion for Ryan F. Stephan to Appear Pro Hac Vice. (As further set forth in this Order.) (Signed by Judge Katherine Polk Failla on 9/19/2018) (cf)

| | Initial receipt and docketing of Document Number:15 | 0.10 | 15.00 | RC |
|---|---|---|---|---|

Docket Text:
NOTICE OF APPEARANCE by Richard L. Alfred on behalf of The CJS Solutions Group, LLC. (Alfred, Richard)

| | | | | |
|---|---|---|---|---|
| Oct-09-18 | emails with team and mediator re scheduling mediation | 0.20 | 110.00 | mp |
| Oct-26-18 | emails with defense counsel re mediaiton, tolling,a nd stay of case | 0.30 | 165.00 | mp |
| | review and comment on letter to court re mediation and stay | 0.20 | 110.00 | mp |
| Nov-02-18 | review letter to court requesting stay for mediation | 0.20 | 110.00 | mp |
| | team emails re mediation and stay of case | 0.20 | 110.00 | mp |
| Nov-05-18 | review motion to stay and order on same | 0.20 | 110.00 | mp |
| Nov-12-18 | Initial receipt and docketing of Document Number:17 | 0.20 | 30.00 | RC |
| | Docket Text:<br>JOINT LETTER MOTION to Stay seeking Court approval to participate in private mediation, and for a 90-day stay of proceedings pending completion of mediation addressed to Judge Katherine Polk Failla from Gena Usenheimer, Esq. dated November 5, 2018. Document filed by The CJS Solutions Group, LLC.(Usenheimer, Gena) | | | |
| | Initial receipt and docketing of Document Number:18 | 0.20 | 30.00 | RC |
| | Docket Text:<br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Tech Mahindra Limited, Corporate Parent Tech Mahindra Healthcare LLC, Corporate Parent Tech Mahindra (Americas), Inc., Other Affiliate Richard Caplin for The CJS Solutions Group, LLC. Document filed by The CJS Solutions Group, LLC.(Usenheimer, Gena) | | | |
| | Initial receipt and docketing of Document | 0.20 | 30.00 | RC |

Number:19

Docket Text:
ORDER granting [17] Letter Motion to Stay. Application GRANTED. The Initial Pretrial Conference is hereby ADJOURNED to Tuesday, February 19, 2019, at 2:30 p.m. There will be no further adjournments. SO ORDERED. (Signed by Judge Katherine Polk Failla on 11/5/2018) (rro)

| | | | | |
|---|---|---|---|---|
| | Initial receipt and docketing of Document Number:21 | 0.20 | 30.00 | RC |

Docket Text:
JOINT LETTER addressed to Judge Gregory H. Woods from Gena Usenheimer, Esq. dated November 5, 2018 re: Stipulated Protective Order to facilitate the exchange of documents and information in advance of mediation. Document filed by The CJS Solutions Group, LLC. (Attachments: # (1) Stipulated Protective Order for Mediation)(Usenheimer, Gena)

| | | | | |
|---|---|---|---|---|
| | Initial receipt and docketing of Document Number:22(No document attached) | 0.20 | 30.00 | RC |

Docket Text:
ORDER. The parties presented a proposed protective order to the Court on November 5, 2018. See Dkt. No. 21. In doing so, the parties have not complied with Rule 4(C) of the Court's Individual Rules of Practice in Civil Cases, and have provided no information to support a proposed deviation from that Rule. Accordingly, the Court declines to consider the proposed protective order and directs the parties to review and comply with the Court's Individual Rules of Practice. (Signed by Judge Gregory H. Woods on November 5, 2018) (Woods, Gregory)

| | | | | |
|---|---|---|---|---|
| Nov-14-18 | call with Michael about mediation call | 0.20 | 140.00 | GS |

| | | | | |
|---|---|---|---|---|
| | call with mediator re mediation | 0.60 | 330.00 | mp |
| | call with Gregg Shavitz re mediation | 0.20 | 110.00 | mp |
| Nov-15-18 | Preparation, service and filing of Document Number:20 Docket Text: MOTION for Gregg I. Shavitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-15917208. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Shana Gray. (Attachments: # (1) Affidavit, # (2) Certificate of Good Standing, # (3) Text of Proposed Order)(Shavitz, Gregg) | 0.30 | 45.00 | RC |
| | Initial receipt and docketing of Document Number:21 Docket Text: PROPOSED PROTECTIVE ORDER. Document filed by The CJS Solutions Group, LLC. (Usenheimer, Gena) | 0.20 | 30.00 | RC |
| Nov-20-18 | Initial receipt and docketing of Document Number:23 Docket Text: ORDER FOR ADMISSION PRO HAC VICE granting [20] Motion for Gregg I. Shavitz to Appear Pro Hac Vice. (Signed by Judge Katherine Polk Failla on 11/16/2018) (rro) | 0.10 | 15.00 | RC |
| | Initial receipt and docketing of Document Number:22 Docket Text: STIPULATED PROTECTIVE ORDER FOR MEDIATION...regarding procedures to be followed that shall govern the handling of confidential material...This confidentiality agreement does not bind the Court or any of its personnel. The Court can modify this stipulation at any time. The Court will retain jurisdiction over the terms and conditions of | 0.20 | 30.00 | RC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | this agreement only for the pendency of this litigation. Any party wishing to make redacted or sealed submissions shall comply with Rule 6(A) of this Court's Individual Rules of Civil Procedure. SO ORDERED. (Signed by Judge Katherine Polk Failla on 11/15/2018) (rro) |  |  |  |
| Nov-26-18 | Initial receipt and docketing of Document Number:26 | 0.20 | 30.00 | RC |
|  | Docket Text: JOINT LETTER addressed to Judge Gregory H. Woods from Gena Usenheimer, Esq. dated November 20, 2018 re: the parties' Revised Stipulated Confidentiality Agreement and Protective Order for Mediation. Document filed by The CJS Solutions Group, LLC. (Attachments: # (1) Revised Stipulated Confidentiality Agreement and Protective Order for Mediation, # (2) Legal Blackline of Revised Stipulated Confidentiality Agreement and Protective Order for Mediation)(Usenheimer, Gena) |  |  |  |
| Nov-27-18 | Initial receipt and docketing of Document Number:27 | 0.20 | 30.00 | RC |
|  | Docket Text: MEMO ENDORSEMENT on re: [26] Letter, filed by The CJS Solutions Group, LLC. ENDORSEMENT: Application denied. On October 30, 2018 the Court granted the parties leave to proceed with private mediation in lieu of Court ordered mediation. Dkt. No. 19. The proposed protective order would govern documents and information exchanged during the course of that private mediation. The Court takes no position regarding the content of any confidentiality agreement that the parties may seek to enter into, but declines to convert their private agreement into a judicial order. (Signed by Judge Gregory H. Woods on 11/26/2018) (mro) |  |  |  |
| Dec-07-18 | review mediation statement | 0.50 | 350.00 | GS |

| | | | | |
|---|---|---|---|---|
| | review and comment on mediation statement | 0.70 | 385.00 | mp |
| Dec-28-18 | review data produced for mediation | 0.30 | 165.00 | mp |
| | initial receipt and docketing of 08/16/20181 COMPLAINT against The CJS Solutions Group, LLC d/b/a The HCI Group. (Filing Fee $ 400.00, Receipt Number 0208-15459381)Document filed by Shana Gray. (Attachments: # 1 Exhibit A)(Palitz, Michael) (Entered: 08/16/2018) / mc | 0.10 | 15.00 | RC |
| | initial receipt and docketing of 08/16/20182 CIVIL COVER SHEET filed. (Palitz, Michael) (Entered: 08/16/2018) / mc | 0.10 | 15.00 | RC |
| | initial receipt and docketing of 08/16/20183 REQUEST FOR ISSUANCE OF SUMMONS as to The CJS Solutions Group, LLC d/b/a The HCI Group, re: 1 Complaint. Document filed by Shana Gray. (Palitz, Michael) (Entered: 08/16/2018) / mc | 0.10 | 15.00 | RC |
| | initial receipt and docketing of 08/17/2018 CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Katherine Polk Failla. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pne) (Entered: 08/17/2018) / mc | 0.10 | 15.00 | RC |
| | initial receipt and docketing of 08/17/2018 Magistrate Judge Henry B. Pitman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pne) (Entered: 08/17/2018) / mc | 0.10 | 15.00 | RC |

| | | | | |
|---|---|---|---|---|
| initial receipt and docketing of 08/17/2018 Case Designated ECF. (pne) (Entered: 08/17/2018) / mc | 0.10 | 15.00 | RC |
| initial receipt and docketing of 08/17/2018 ***NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Michael John Palitz. The following case opening statistical information was erroneously selected/entered: County code XX Out of State. The following correction has been made to your case entry: the County code has been modified to New York. (pne) (Entered: 08/17/2018) / mc | 0.10 | 15.00 | RC |
| receipt and docketing of 08/17/2018 ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Michael John Palitz. The party information for the following parties has been modified: Shana Gray, The CJS Solutions Group, LLC. The information for the parties has been modified for the following reasons: party name contained a typographical error; party text was omitted; alias party name was entered incorrectly. (pne) (Entered: 08/17/2018) / mc | 0.10 | 15.00 | RC |
| initial receipt and docketing of  08/17/2018 ***NOTICE TO ATTORNEY REGARDING REMOVAL OF PARTY. Notice to attorney Michael John Palitz. The following party has been removed from this case: Shana Gray. Duplicate party was added to the case in error. (pne) (Entered: 08/17/2018) / mc | 0.10 | 15.00 | RC |
| initial receipt and docketing of 08/17/20184 ELECTRONIC SUMMONS ISSUED as to The CJS Solutions Group, LLC. (pne) (Entered: 08/17/2018) / mc | 0.10 | 15.00 | RC |
| initial receipt and docketing of 08/30/20185 NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 11/15/2018 at 10:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. (Signed by Judge Katherine Polk Failla on 8/30/2018) (rro) (Entered: 08/30/2018) / mc | 0.10 | 15.00 | RC |
| initial receipt and docketing of 09/07/20186 | 0.10 | 15.00 | RC |

SUMMONS RETURNED EXECUTED. The CJS Solutions Group, LLC served on 8/28/2018, answer due 10/29/2018. Service was accepted by Darlene Brown - Human resources Manager. Document filed by Shana Gray. (Attachments: # 1 Certificate of Service)(Stephan, Ryan) (Entered: 09/07/2018) / mc

| | | | |
|---|---|---|---|
| initial receipt and docketing of 09/18/2018 >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8 MOTION for Ryan F. Stephan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-15584531. Motion and supporting papers to be reviewed by Clerk's Office staff., 7 MOTION for James B. Zouras to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-15584397. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma) (Entered: 09/18/2018) / mc | 0.10 | 15.00 | RC |
| initial receipt and docketing of 09/18/2018 >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9 MOTION for Catherine T. Mitchell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-15585781. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu) (Entered: 09/18/2018) / mc | 0.10 | 15.00 | RC |
| initial receipt and docketing of 09/19/201811 ORDER granting 10 Letter Motion for Extension of Time to File. Application GRANTED. (Signed by Judge Katherine Polk Failla on 9/19/2018) (cf) (Entered: 09/19/2018) / mc | 0.10 | 15.00 | RC |
| initial receipt and docketing of 11/15/2018 >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 20 MOTION for Gregg I. Shavitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-15917208. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are | 0.10 | 15.00 | RC |

no deficiencies. (ma) (Entered: 11/15/2018) / mc

| | | | | |
|---|---|---|---|---|
| | initial receipt and docketing of Document Number:24 | 0.10 | 15.00 | RC |

Docket Text:
NOTICE of Filing Consent Form. Document filed by Shana Gray. (Attachments: # (1) Exhibit Consent Form)(Stephan, Ryan) / mc

| | | | | |
|---|---|---|---|---|
| Jan-14-19 | Initial receipt and docketing of Document Number:26 | 0.20 | 30.00 | RC |

Docket Text:
NOTICE of Filing Consent Form. Document filed by Shana Gray. (Attachments: # (1) Exhibit Consent Form)(Stephan, Ryan)

| | | | | |
|---|---|---|---|---|
| Feb-05-19 | Initial receipt and docketing of Document Number:35 | 0.20 | 30.00 | RC |

Docket Text:
NOTICE of Filing Consent Form. Document filed by Shana Gray(individually). (Attachments: # (1) Exhibit Consent Form)(Stephan, Ryan)

| | | | | |
|---|---|---|---|---|
| | Initial receipt and docketing of Document Number:34 | 0.20 | 30.00 | RC |

Docket Text:
NOTICE of Filing Consent Forms. Document filed by Shana Gray. (Attachments: # (1) Exhibit Consent Form, # (2) Exhibit Consent Form)(Stephan, Ryan)

| | | | | |
|---|---|---|---|---|
| Feb-06-19 | Initial receipt and docketing of Document Number:35 | 0.30 | 45.00 | RC |

Docket Text:
MOTION for Christina Duszlak to Appear Pro

Hac Vice . Filing fee $ 200.00, receipt number
ANYSDC-16298435. Motion and supporting
papers to be reviewed by Clerk's Office staff.
Document filed by The CJS Solutions Group,
LLC. (Attachments: # (1) Affidavit of
Christina Duszlak, Esq., # (2) Certificate of
Good Standing, # (3) Text of Proposed
Order)(Duszlak, Christina)

| | | | |
|---|---|---|---|
| Initial receipt and docketing of Document Number:33 | 0.20 | 30.00 | RC |

Docket Text:
ORDER OF DISCONTINUANCE:
ORDERED that this action be conditionally
discontinued without prejudice and without
costs; provided, however, that within thirty
(30) days of the date of this Order, the parties
may submit to the Court their own Stipulation
of Settlement and Dismissal for the Court to
So Order. Otherwise, within such time Plaintiff
may apply by letter for restoration of the
action to the active calendar of this Court in
the event that the settlement is not
consummated. Upon such application for
reinstatement, the parties shall continue to be
subject to the Court's jurisdiction, the Court
shall promptly reinstate the action to its active
docket, and the parties shall be directed to
appear before the Court, without the necessity
of additional process, on a date within ten (10)
days of the application, to schedule remaining
pretrial proceedings and/or dispositive
motions, as appropriate. This Order shall be
deemed a final discontinuance of the action
with prejudice in the event that Plaintiff has
not requested restoration of the case to the
active calendar within such 30-day period. The
Clerk of Court is directed to terminate all
pending motions, adjourn all remaining dates,
and close this case. SO ORDERED. (Signed
by Judge Katherine Polk Failla on 1/31/2019)
(rro)

| | | | |
|---|---|---|---|
| Initial receipt and docketing of Document Number:32 | 0.20 | 30.00 | RC |

Docket Text:
STATUS REPORT. The parties respectfully
request that the current deadlines be stayed
through on or before March 4, 2019 Document
filed by The CJS Solutions Group,
LLC.(Usenheimer, Gena)

| | Initial receipt and docketing of Document Number:31 | 0.20 | 30.00 | RC |
|---|---|---|---|---|

Docket Text:
NOTICE of Filing Consent Form. Document
filed by Shana Gray. (Attachments: # (1)
Exhibit Consent Form)(Stephan, Ryan)

| Feb-07-19 | Initial receipt and docketing of Document Number:30 | 0.20 | 30.00 | RC |
|---|---|---|---|---|

Docket Text:
NOTICE of Filing Consent Form. Document
filed by Shana Gray. (Attachments: # (1)
Exhibit Consent Form)(Stephan, Ryan)

| Mar-02-19 | Initial receipt and docketing of Document Number:44 | 0.20 | 30.00 | RC |
|---|---|---|---|---|

Docket Text:
NOTICE of Filing Consent Form. Document
filed by Shana Gray(individually).
(Attachments: # (1) Exhibit Consent
Form)(Stephan, Ryan)

| Mar-04-19 | review and submit letter motion seeking extension of time to complete settlement documents | 0.20 | 110.00 | mp |
|---|---|---|---|---|
| Mar-05-19 | Initial receipt and docketing of Document Number:37 | 0.20 | 30.00 | RC |

Docket Text:

LETTER MOTION for Extension of Time
addressed to Judge Katherine Polk Failla from
Ryan Stephan dated March 4, 2019. Document
filed by Shana Gray.(Palitz, Michael)

| | | | | |
|---|---|---|---|---|
| | Initial receipt and docketing of Document Number:38 | 0.20 | 30.00 | RC |

Docket Text:
ORDER granting [37] Letter Motion for
Extension of Time. Application GRANTED.
SO ORDERED. (Signed by Judge Katherine
Polk Failla on 3/5/2019) (rro)

| | | | | |
|---|---|---|---|---|
| Mar-13-19 | Preparation of Document Number:54(No document attached) | 0.20 | 30.00 | RC |

Docket Text:
ORDER granting [50] Motion for T. Joseph
Snodgrass to Appear Pro Hac Vice. (HEREBY
ORDERED by Judge Gregory H. Woods)(Text
Only Order) (Daniels, Anthony)

| | | | | |
|---|---|---|---|---|
| Mar-18-19 | Initial receipt and docketing of Document Number:56 | 0.20 | 30.00 | RC |

Docket Text:
REPLY MEMORANDUM OF LAW in
Support re: [38] MOTION to Intervene and to
Transfer. . Document filed by Timothy Borup.
(Snodgrass, Thomas)

| | | | | |
|---|---|---|---|---|
| | Initial receipt and docketing of Document Number:57 | 0.40 | 60.00 | RC |

Docket Text:
DECLARATION of T. Joseph Snodgrass in
Support re: [38] MOTION to Intervene and to
Transfer.. Document filed by Timothy Borup.
(Attachments: # (1) Exhibit A - excerpts from
2/29/19 Carew depo transcript, # (2) Exhibit B
- 7/30/18 email from C. Deason, # (3) Exhibit

C - 8/6/18 letter to J. Kalk, # (4) Exhibit D - 8/13/18 email from C. Deason, # (5) Exhibit E - Non-Disclosure Agreement, # (6) Exhibit F - 9/17/18 email from C. Deason, # (7) Exhibit G - Tolling Agreement, # (8) Exhibit H - 9/19/18 emails between Snodgrass and Phillips, # (9) Exhibit I - 9/28/18 email from J. Kalk, # (10) Exhibit J - 10/8/18 email from J. Kalk, # (11) Exhibit K - 10/30/18 email to Phillips and Kalk, # (12) Exhibit L - 11/5/18 email to J. Phillips, # (13) Exhibit M - 11/13/18 emails between Deason, Phillips and Snodgrass, # (14) Exhibit N - 11/19/18 emails between Kalk, Phillips and Snodgrass, # (15) Exhibit O - excerpts from Schalman-Bergen Declaration in Sanders, # (16) Exhibit P - 5/11/18 McFarlane letter, # (17) Exhibit Q - 6/19/18 Text Only Report & Recommendations in McFarlane, # (18) Exhibit R - 3/13/19 Declaration of Timothy Borup, # (19) Exhibit S - 2/26/19 Hearing Transcript in Borup, # (20) Exhibit T - 2/27/19 Order in Broup, # (21) Exhibit U - Backers consent to join in Borup)(Snodgrass, Thomas)

| | | | |
|---|---|---|---|
| Initial receipt and docketing of Document Number:58 | 0.20 | 30.00 | RC |

Docket Text:
RESPONSE in Opposition to Motion re: [51] MOTION for Settlement . . Document filed by Timothy Borup. (Snodgrass, Thomas)

| | | | |
|---|---|---|---|
| Initial receipt and docketing of Document Number:60 | 0.20 | 30.00 | RC |

Docket Text:
MEMO ENDORSEMENT on re: [59] Letter filed by Timothy Borup. ENDORSEMENT: The teleconference scheduled for March 21, 2019 is adjourned to April 5, 2019 at 11:00 a.m. The Court expects that Plaintiff, Defendant, and Intervenor will all participate in that teleconference, and directs them to call to call Chambers (212-805-0296) at that time with all parties on the line. ( Telephone

Conference set for 4/5/2019 at 11:00 AM
before Judge Gregory H. Woods.) (Signed by
Judge Gregory H. Woods on 3/15/2019) (mro)

| | | | | |
|---|---|---|---|---|
| Mar-21-19 | draft and revise declaration in support of settlement approval | 1.20 | 660.00 | mp |
| | team emails re approval motion | 0.20 | 110.00 | mp |
| Mar-25-19 | revisions to settlement approval declaration | 0.50 | 275.00 | mp |
| | team emails re settlement approval motion | 0.20 | 110.00 | mp |
| | Totals | 19.80 | $8,050.00 | |

**Total Fee & Disbursements**                                    **$8,050.00**

**Balance Now Due**                                              **$8,050.00**