UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANA GRAY, *individually and on
behalf of all others similarly situated*,

                                   Plaintiff,

                      -v.-

THE CJS SOLUTIONS GROUP, LLC
*d/b/a* THE HCI GROUP,

                                   Defendant.

18 Civ. 7440 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' proposed settlement agreement (Dkt. #43, Ex. 1).  After reviewing the agreement in light of *Cheeks* v. *Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *Lopez* v. *Nights of Cabiria*, 96 F. Supp. 3d 170 (S.D.N.Y. 2015), and *Wolinsky* v. *Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012), the Court finds that the settlement is fair.

The Court notes that the attorneys' fees, as represented in the parties' letter accompanying the proposed settlement agreement, were calculated using the percentage method and represent one-third of the gross settlement amount, plus costs.  While the Court finds those fees to be reasonable, the Court does not make any finding as to the reasonableness of counsel's hourly rate.

Accordingly, and as requested by the parties, this case is DISMISSED WITH PREJUDICE.  The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:   April 15, 2019
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge